UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SERINA MORALES, ADRIANA GUIDRY, and
ERIKA CHAMBERS, *individually and on behalf of*
*all others similarly situated*,
                        Plaintiff,

-against-

NEW YORK UNIVERSITY,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 4418 (GBD)

GEORGE B. DANIELS, District Judge:

A status conference is scheduled for March 25, 2021 at 10:30 a.m.

Dated: January 25, 2021
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE