**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SERINA MORALES, ADRIANA GUIDRY, and
ERIKA CHAMBERS, individually and on behalf
of all others similarly situated,

                          Plaintiffs,

        -against-                            20 **CIVIL** 4418 (GBD)

                                            **JUDGMENT**

NEW YORK UNIVERSITY,

                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Decision and Order dated March 17, 2021, the defendant's

motion to dismiss is granted.

**Dated:**  New York, New York

        March 18, 2021


                                        **RUBY J. KRAJICK**

                                      **Clerk of Court**

                  **BY:**         K. mango

                                     **Deputy Clerk**